IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DONNIE JACKSON**

    **Plaintiff,**

v.                                                    Case No. 1:20cv33-MW/GRJ

**MAYO CORRECTIONAL
INSTITUTION, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for abuse of the judicial process and pursuant to the three-strikes rule under 28 U.S.C. § 1915(g). The pending motion, ECF No. 15 is **DENIED**." The

1

Clerk shall also close the file.

**SO ORDERED on April 14, 2020.**

<u>**s/Mark E. Walker**</u> ____
**Chief United States District Judge**